# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2020

### NO. 03-19-00039-CV

**Sabrina Ismail, Appellant**

**v.**

**Mohammad Sayem Khan, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE;
DISSENTING OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on December 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.